## U.S. District Court

Timothy Doyle Young

v.   CA 5:15-cv-14151

Matthew Mellady
Bureau of Prisons



FILED
OCT 19 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## Civil Complaint

### Claim One

① Matthew Mellady is withholding "Discloseable Records" in violation of BOP Policy to conceal 8th Amendment violations.

② The records in question are blood test results that prove the BOP is withholding diagnosis and treatment for Hepatitis-C, a deadly disease.

③ The violations by Matthew Mellady are placing my life in

One

imminent danger and violate 18 USC §241, §1001, §1341, §1343, Obstruction of Justice, etc.

(4) After being notified of the missing blood test results, Matthew Mellady failed to correct the situation and continues to withhold the records in violation of BOP Policy.

(5) Matthew Mellady is a West Virginia resident and is employed at the Mid-Atlantic Regional Office in Beaver, WV.

## Claim Two

(6) The BOP is placing my life in imminent danger by the fraudulent concealment of medical records.

(7) The BOP has allowed it's employees to withhold records from inmates for years to conceal criminal conduct,

Two

and Constitutional and Human Rights violations by BOP employees at the Federal Supermax Prison, which houses foreign Nationals.

(8) The BOP has repeatedly falsified Public Records which are transmitted through the U.S. Mail and Wire communications to conceal the criminal acts of it's employees, e.g., Yvette Fetterhoff, et al.

(9) The BOP has repeatedly committed perjury in Court to prevent the Federal Supermax Prison from being known as the "Gitmo of the Rockies."

## Relief

(10) I request immediate release of records.

(11) I request assistance in filing criminal charges.

(12) I request that all awards,

Three

damages, penalties, etc., from this case go directly to the American Red Cross.

## Exhibits

(13) Attached to this complaint are:

#1. - Letter from Mellady (8-27-15).
#2. - Letter to Mellady (9-22-15).
#3. - " " " page two.
#4. - Cert. of Service (9-22-15).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Oct. 13, 2015

T= Y
Pro Se

Timothy Doyle Young
#60012-001
USP-Max-ADX
PO Box 8500
Florence, CO 81226

"Legal Mail - Open only in presence of inmate"

Four





**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Beckley Consolidated Legal Center*
*P.O. Box 1280*
*Beaver, WV 25813*

August 27, 2015

Timothy Young
Reg. No. 60012-001
USP Florence
P.O. Box 8500
Florence, CO 81226-8500

Request Number: 2015-07079

Dear Mr. Young:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested copies of lab results for blood tests done at the Federal Medical Center in Rochester, Minnesota.

In response to your request, staff located 20 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 20 pages can be released in their entirety, and no records will be withheld.

I trust this is responsive to your request. If you have questions about this response please feel free to contact this office.

Sincerely,

Matthew W. Mellady
Mid-Atlantic Regional Counsel

To: Matthew W. Mellady, Attorney
Legal Center
PO Box 1280
Beaver, WV 25813

re: #2015-07079.

Mr. Mellady,                                    Sept. 22, 2015

I received your letter dated 8-27-2015 and the "...20 pages of responsive records..." which are itemized below:

#1 - Oregon Medical Lab,       3-23-1989.
#2 - U.S. Medical Center,      5-31-2001.
#3 - FMC                       5-11-2005.
#4 - FMC                       11-7-2005.
#5 - FMC                       [unreadable].
#6 - FMC                       3-18-2008.
#7 - CLS                       11-25-2012.
#8 - "Cosign/Review"           1-8-2013.
#9 - Oklahoma City V.A.        7-20-2013.
#10 - "Cosign/Review"          7-24-2013.

ONE

```
#11 - FMC                              7-15-2013.
#12 -  "    (page 2)                       "
#13 - "Cosign/Review"                   7-23-2013.
#14 - CLS                               7-15-2013.
#15 - "Cosign/Review"                   7-23-2013.
#16 - Oklahoma City V.A. (p.5)          8- 3-2013.
#17 -     "         "    "   (p.6)         "    .
#18 - "Cosign/Review"                   8- 5-2013.
#19 - FMC                               3-26-2015.
#20 - "Cosign/Review"                   3-30-2015.
```

    You are missing pages one through four for the Oklahoma City V.A. report (#16 and #17 above).
    You also failed to include several Lab test results from 2012 and <u>all</u> of the Lab test results from 2014.
    Please respond.

*T. Y.*                    Sept. 22, 2015

Timothy Doyle Young    #60012-001
USP-Max-ADX          PO Box 8500
Florence, CO    81226

<center>Two</center>

# Certificate of Service

I deposited a sealed envelope in the U.S. Mail with first class postage attached addressed to:

(1) Matthew W. Mellady, Attorney
Legal Center
PO Box 1280
Beaver, WV 25813

re: #2015-07079.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Sept. 22, 2015

[signature]
Pro Se

Timothy Doyle Young
#60012-001
USP-Max-ADX
PO Box 8500
Florence, CO 81226

"Legal Mail - Open only in presence of inmate"

## Certificate of Service

I deposited a sealed envelope in the U.S. Mail with first class postage attached addressed to:

①    U.S. District Court
      Clerk, Room #2400
      300 E. Virginia St.
      Charleston, WV   25301

re: Civil Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          T- Y
Oct. 13, 2015         Pro Se

Timothy Doyle Young     "Legal Mail -
#60012-001            Open only in
USP-Max-ADX        presence of inmate"
PO Box 8500
Florence, CO
       81226



Name: Timothy Doyle Young
Reg. No.: 60012-001
U.S. Penitentiary Max.-ADX
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO 802
14 OCT 2015 PM 2 L

U.S. District Court
Clerk, Room #2400
300 E. Virginia St.
Charleston, WV
25301

Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

OCT 14 2015

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.